Ebenezer L. Ferry and William H. Akin, appellants,

*v.*

Gottfried Krueger, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Krueger* v. *Ferry, 14 Stew. Eq. 432.*

*Mr. A. Q. Keasbey,* for appellant.

*Mr. J. M. C. Morrow,* for respondent.

Per Curiam.

This decree unanimously affirmed, for the reasons given by the vice-chancellor in his opinion.